IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS (EL PASO)

| | | |
|---|---|---|
| ALEJANDRO HERENANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Philip R. Martinez |
| | ) | |
| v. | ) | Case No. 08 cv 00222 |
| | ) | |
| CITY OF EL PASO, et al. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

### ORDER

On this the _____ day of _____, 2009, the Court considered Defendant City of El Paso's Brief in Support of Staying Discovery Pending the Appeal of the Defendant Police Officers. The Court, after reviewing the pleadings, evidence and the arguments of the parties, is of the opinion that the same should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that discovery in the above entitled and numbered cause shall proceed, and not be stayed pending appeal on the qualified immunity questions of the Defendant police officers

SIGNED AND ENTERED this the _____ day of _____, 2009

HONORABLE PHILIP MARTINEZ
U.S. DISCTRICT COURT JUDGE